UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE:<br><br>  MELINDA JANE EBEL,<br><br>    Debtor.<br><br>FINANCIAL SERVICES LAW PRACTICE, P.C. and WILLIAM E. WELLS,<br><br>    Appellants,<br><br>  v.<br><br>UNITED STATES TRUSTEE and DANA FRAZIER, Chapter 7 Trustee,<br><br>    Appellees,<br><br>and<br><br>ROBERT E. EGGMAN, Chapter 7 Trustee,<br><br>    Intervenor. | Case No. 07-cv-278-JPG |
| IN RE:<br><br>  JOHNSONS SIDING AND REPLACEMENT WINDOWS, INC.,<br><br>    Debtor.<br><br>FINANCIAL SERVICES LAW PRACTICE, P.C. and WILLIAM E. WELLS,<br><br>    Appellants,<br><br>  v.<br><br>UNITED STATES TRUSTEE and DANA FRAZIER, Chapter 7 Trustee,<br><br>    Appellees,<br><br>and<br><br>ROBERT E. EGGMAN, Chapter 7 Trustee,<br><br>    Intervenor. | Consolidated with:<br><br>No. 07-cv-388-JPG |

| | |
|---|---|
| IN RE:<br><br>    CHARLES DANIEL BURNHAM and KIMBERLY DIANE BURNHAM,<br>        Debtors.<br><br>FINANCIAL SERVICES LAW PRACTICE, P.C. and WILLIAM E. WELLS,<br><br>        Appellants,<br><br>    v.<br><br>UNITED STATES TRUSTEE and CYNTHIA A. HAGAN, Chapter 7 Trustee,<br><br>        Appellees,<br><br>and<br><br>ROBERT E. EGGMAN, Chapter 7 Trustee,<br><br>        Intervenor. | and<br><br>No. 07-cv-438-JPG |
| IN RE:<br><br>    ANTHONY HUGO CHAMBLISS,<br>        Debtor.<br><br>FINANCIAL SERVICES LAW PRACTICE, P.C. and WILLIAM E. WELLS,<br><br>        Appellants,<br><br>    v.<br><br>NANCY GARGULA, United States Trustee, and CYNTHIA A HAGAN, Chapter 7 Trustee,<br><br>        Appellees,<br><br>and<br><br>ROBERT E. EGGMAN, Chapter 7 Trustee,<br><br>        Intervenor. | and<br><br>No. 07-cv-441-JPG |

| | |
|---|---|
| IN RE: KATHLEEN ANN SCHEEL, Debtor. FINANCIAL SERVICES LAW PRACTICE, P.C. and WILLIAM E. WELLS, Appellants, v. NANCY GARGULA, United States Trustee, and DANA S. FRAZIER, Chapter 7 Trustee, Appellees, and ROBERT E. EGGMAN, Chapter 7 Trustee, Intervenor. | and No. 07-cv-442-JPG |

## JUDGMENT

This matter having come before the Court and the parties having agreed to dismissal with prejudice,

IT IS HEREBY ORDERED AND ADJUDGED that these consolidated appeals are dismissed with prejudice.

    Dated:  December 19, 2008 NORBERT G. JAWORSKI, Clerk

 By:s/Deborah Agans, Deputy Clerk

    **Approved:** s/ J. Phil Gilbert
     **J. PHIL GILBERT**
     **DISTRICT JUDGE**